**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| DEVITO ORTHODONTICS, P.A., a Florida corporation, individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) Case No. 8:14-cv-963<br>) |
| v. | ) Hon. Susan C. Bucklew<br>)<br>) Magistrate Judge Thomas B. McCoun III |
| I CARE CREDIT, LLC d/b/a ICARE FINANCIAL, a Georgia limited liability company, | )<br>)<br>) |
| Defendant. | ) |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses this action with prejudice as to Plaintiff's individual claims, and without prejudice as to the class claims.

Dated: July 21, 2014

Respectfully Submitted,

DEVITO ORTHODONTICS, P.A., on behalf of itself and all others similarly situated

By: _____
One of the Attorneys for Plaintiff
And the Putative Class

Joseph J. Siprut*
*jsiprut@siprut.com*
Gregg M. Barbakoff*
*gbarbakoff@siprut.com*
Ismael T. Salam*
*isalam@siprut.com*
**S**IPRUT **PC**
17 North State Street
Suite 1600
Chicago, Illinois 60602
312.236.0000
Fax: 312.470.6588

*Admitted *pro hac vice*

James M. Thomas, Esq.
*JMThomas@JamesThomasEsq.com*
Law Office of James M. Thomas, Esq.
1581 Main Street
Dunedin, FL 34698
727.736.1900
Fax: 727.736.1991
FL Bar No. 0648590

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing **Notice of Voluntary Dismissal** was filed electronically with the Clerk of the Court using the CM/ECF system on this 21st day of July, 2014, and served electronically on all counsel of record.

_____
Joseph J. Siprut

4846-8035-8940, v. 1